IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| RYAN AND TAMMY MARKUS, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Civil Action No. 3:19-cv-876 |
| LAKEVIEW LOAN SERVICING, LLC and LOANCARE, LLC, | ) ) ) |
| Defendants. | ) ) |

**LAKEVIEW LOAN SERVICING, LLC's CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Defendant Lakeview Loan Servicing, LLC ("Lakeview") hereby submits the following Certificate of Interested Persons and Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure as follows:

1. Lakeview is a Delaware limited liability company and is wholly-owned by Bayview MSR Opportunity Corp. ("Bayview"). No publicly-held corporation holds ten percent or more of Lakeview's or Bayview's stock.

2. Counsel is not aware of any other entities or persons, other than those identified herein, that have a financial interest that could be substantially affected by the outcome of this case.

Dated: September 6, 2019 Respectfully,

**TROUTMAN SANDERS LLP**

By: /s/ *Ethan G. Ostroff*
Ethan G. Ostroff
ethan.ostroff@troutmansanders.com
TROUTMAN SANDERS LLP
222 Central Park Ave., Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7541
Facsimile: (757) 687-1541

*Counsel for Defendants Lakeview Loan Servicing, LLC and LoanCare, LLC*

## **CERTIFICATE OF SERVICE**

I certify that I filed the foregoing *Lakeview Loan Servicing, LLC's Certificate of Interested Persons and Corporate Disclosure Statement* using the Court's ECF system which will give electronic notification to the following parties of record:

**Counsel for Plaintiff:**
Travis W. Cohron
Mike Maxwell
CLARK QUINN MOSES SCOTT & GRAHN, LLP
320 N. Meridian Street, Ste. 1100
Indianapolis, IN 46204
tchoron@clarkquinnlaw.com
mmaxwell@clarkquinnlaw.com


this 6th day of September, 2019.


　　　　　　　　　　　　　　　　　　　　 *s/ Ethan G. Ostroff*