IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| RYAN MARKUS and TAMMY MARKUS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | NO. 19-cv-876-JPG |
| | ) | |
| LAKEVIEW LOAN SERVICING, LLC and LOANCARE, LLC, | ) ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

The Court having been advised by counsel for the parties that the claims in the above action have been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: October 18, 2021**   **MARGARET M. ROBERTIE, Clerk of Court**
   **s/ Tina Gray, Deputy Clerk**


**Approved:**   s/ J. Phil Gilbert
   **J. PHIL GILBERT**
   **DISTRICT JUDGE**